## BASIL E. KEISER *v.* ZONING COMMISSION OF THE TOWN OF REDDING ET AL.

The petition for certification by the defendants, the zoning commission of the town of Redding and the water pollution control commission of the town of Redding, for appeal from the Appellate Court, 62 Conn. App. 600 (AC 19681), is granted. The case is remanded to the Appellate Court for reconsideration in light of this court's decision in *Nizzardo* v. *State Traffic Commission*, 259 Conn. 131, 788 A.2d 1158 (2002).

In view of our remand without further proceedings in this court, the provisions of Practice Book § 84-9 are waived.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Michael N. LaVelle*, in support of the petition.

*Nancy Burton*, in opposition.

Decided January 29, 2002

## KENNETH B. ADOLPHSON *v.* NORMAN WEINSTEIN, COADMINISTRATOR (ESTATE OF LOUISE R. RIBAK), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 591 (AC 20862), is denied.

*Paul A. Sobel*, in support of the petition.

*Vincent M. Marino* and *Anthony P. Copertino, Jr.*, in opposition.

Decided February 6, 2002